ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Laguna Construction Company, Inc. ) ASBCA No. 59108
)
Under Contract No. FA8903-06-D-8515 )

APPEARANCE FOR THE APPELLANT: Carolyn Callaway, Esq.
Carolyn Callaway, P.C.
Albuquerque, NM

APPEARANCES FOR THE GOVERNMENT: Col Matthew J. Mulbarger, USAF
Air Force Chief Trial Attorney
Capt Christopher M. Kovach, USAF
Trial Attorney

ORDER OF DISMISSAL

This appeal has been settled, and payment has been made to the contractor. By "Notice of Receipt of Payment" dated 16 February 2016, appellant requests that this appeal be dismissed with prejudice.

WHEREFORE, ASBCA No. 59108 is hereby dismissed with prejudice.

Dated: 17 February 2016

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59108, Appeal of Laguna Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals